[No. 2417.]

## Ex parte Julius Kunde.

Habeas Corpus—Fact Case.—See the statement of the case in Kunde v. The State, *ante*, page 65, for evidence *held* insufficient as "proof evident" of murder in the first degree and therefore insufficient to authorize the refusal of bail.

Habeas Corpus on appeal from the District Court of Guadalupe. Tried below before the Hon. George McCormick.

The transaction involved in the proceedings in this case is the same charged in the indictment upon which the relator was tried and convicted, and the conviction set aside at a former day of the present term of this court. That indictment charged the

appellant with the murder of Joby Drennon, in Guadalupe county, Texas, on the twenty-sixth day of October, 1874. This writ of habeas corpus was sued out subsequent to the issuance of the mandate of this court upon the previous appeal, and at the hearing of the same, upon substantially the same evidence adduced upon the former trial, and which will be found set out in full on page 65 of this volume, bail was refused the applicant and he was remanded to the custody of the sheriff of Guadalupe county. Upon this appeal the applicant is awarded bail in the sum of four thousand dollars.

*C. Upson* and *W. M. Rust,* for the relator.

*J. H. Burts,* Assistant Attorney General, for the State.

WILLSON, JUDGE. Our conclusion, upon an examination of the evidence, is that the proof is not evident that the applicant is guilty of murder in the first degree, and that he is entitled to bail, and that the sum of four thousand dollars is a reasonable amount of bail to require of him. Wherefore the judgment of the court below denying applicant bail is reversed, and he is now granted bail in the sum of four thousand dollars, and the sheriff of Gaudalupe county, or other officer having applicant in custody, will release him upon his giving good and sufficient bail in said amount in accordance with the provisions of the law governing in such cases.

*Ordered accordingly.*